IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MITCHELL BUTLER,

    Petitioner,

v.  CASE NO. 4:04-cv-00189-MP-AK

WALTER A. McNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, which recommends that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 1, be denied, and that this case be dismissed with prejudice. The Magistrate Judge filed the Report and Recommendation on Monday, February 25, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections have been filed.

After a jury trial, Petitioner was found guilty of second-degree murder, and he was subsequently sentenced to life imprisonment. Petitioner appealed his conviction and sentence, which were affirmed, and Petitioner then sought post-conviction relief in state court. The state court denied the same grounds that Petitioner now raises before this court. In the instant petition, Petitioner challenges the admission of DNA evidence at trial, the prosecutor's closing argument, trial counsel's effectiveness in failing to argue either of these claims, and the trial court's limitation of the testimony of Lawanda Hart. In a thorough report, the Magistrate finds

that the state court decision is not contrary to, nor an unreasonable application of, clearly established federal law, and therefore the instant petition should be denied.

The Court agrees with the Magistrate that the state court's ruling is entitled to deference and does not violate § 2254(d). Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Petitioner Butler's petition for writ of habeas corpus, Doc. 1, is DISMISSED WITH PREJUDICE.

**DONE AND ORDERED** this  *27th* day of March, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge